937 F.2d 597
 Jackson (Minnie), Estate of Jackson (Preston) on Behalf of
Estate of Jackson (Preston J.)
v.
Centre County, Centre Cty. Commissioners, Saylor (John),
Bumbarger (Vicky), Bierly (Keith), Board of Inspectors of
Centre Cty. Prison, Gricar (Ray), Asender (Donald), Grine
(Hon. David), Poorman (Michael), Miller (Curt), Wilson
(Gerald), Centre Community Hospital, Danville State Prison,
Geisinger Medical Center, Riccio (John), Meschter (Steven),
Murphy (Robert), Knox (Mark),
 NO. 90-5932
 United States Court of Appeals,
Third Circuit.
 JUN 04, 1991
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED.